IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC JUAN FORD, | ) |
|    Petitioner, | ) ) ) |
| v. | )   Case No. CIV-21-00219-PRW |
| RICK WHITTEN, | ) ) ) |
|    Respondent. | ) |

**ORDER**

On April 6, 2021, U.S. Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Dkt. 5) in this action, recommending that Petitioner's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. 1) be dismissed without prejudice for failure to state a cognizable habeas claim.

Petitioner was advised that he had a right to object to the Report and Recommendation by April 23, 2021 in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 5). No objections have been filed as of this date. Having failed to object, Petitioner has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 5).[1]

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1)

Upon review of the Report and Recommendation (Dkt. 5), the Court:

(1) **ADOPTS** in full the Report and Recommendation (Dkt. 5) issued by the Magistrate Judge on April 6, 2021; and

(2) **DISMISSES WITHOUT PREJUDICE** Petitioner's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. 1).

**IT IS SO ORDERED** this 10th day of May 2021.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

(requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).